60 A.3d 491

IN THE MATTER OF THOMAS M. RUSSO, AN ATTORNEY
AT LAW (ATTORNEY NO. 00818982).

February 26, 2013.

## AMENDED ORDER

This matter having been duly presented to the Court on the recommendation of the Disciplinary Review Board (DRB 12–429), it is ORDERED that **THOMAS M. RUSSO** of **SCOTCH PLAINS,** who was admitted to the bar of this State in 1982, and who was suspended from the practice of law for a period of three months effective November 2, 2012, by Order of this Court dated October 3, 2012, be restored to the practice of law, effective immediately; and it is further

ORDERED that **THOMAS M. RUSSO** shall complete his annual attorney registration and pay all required fees for 2013 within sixty days after the filing date of this Order.